IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY DALE JOHNSON,

      Plaintiff,                    No. 2:12-cv-2239 EFB P

      vs.

GARY R. STANTON, et al.,

      Defendants.              <u>ORDER</u>

      Petitioner is a federal prison without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

      On October 24, 2012, the court dismissed petitioner's application for a writ of habeas corpus with leave to amend. The dismissal order explained the petition's deficiencies, gave petitioner 30 days to file an amended complaint correcting those deficiencies, and warned petitioner that failure to file an amended petition may result in this action being dismissed.

////

////

////

1     The 30-day period has expired and plaintiff has not filed an amended complaint or otherwise responded to the court's order.[1]

    Accordingly, it is hereby ordered that this action is DISMISSED and all pending motions are denied as moot.

Dated: December 3, 2012.

    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.