UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DALE JOHNSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GARY R. STANTON, et al.,<br><br>　　　　Respondents. | No. 2:12-cv-2239-EFB P<br><br><br><br>ORDER TO SHOW CAUSE |

　　　　Petitioner is a federal prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On August 14, 2013, the court directed respondent to file a response to petitioner's first amended petition within sixty days.  ECF No. 21.  The Clerk served that order on the United States Attorney.  The time for acting has passed and respondent has failed to file a response to the petition as ordered.

　　　　Accordingly, it is ORDERED that:

　　　　1.  Respondent shall show cause, in writing, no later than December 2, 2013, why sanctions should not be imposed for failure to timely file a responsive pleading;

　　　　2.  Respondent shall filed a response to the first amended petition no later than December 2, 2013; and

　　　　3.  The Clerk shall serve a copy of this order on the United States Attorney.

Dated:  November 13, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE