UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DALE JOHNSON,<br><br>                    Petitioner,<br><br>          v.<br><br>GARY R. STANTON, et al.,<br><br>                    Respondents. | No.  2:12-cv-2239-EFB P<br><br><br><br>ORDER |

Petitioner is a federal prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On August 14, 2013, the court directed respondent to file a response to petitioner's first amended petition within sixty days.  ECF No. 21.  The Clerk served that order on the United States Attorney, using the following email address: usacae.ecfsacad@usdoj.gov.  On November 14, 2013, having received no response from respondent, the court ordered respondent to show cause why sanctions should not be imposed for failure to timely file a responsive pleading.  ECF No. 26.  The Clerk also served that order on the United States Attorney, using the same email address as before.  In response to the order to show cause, respondent "apologizes to the Court for the delay" and requests additional time to respond to the petition.  ECF No. 33.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Order to Show Cause (ECF No. 26) is discharged.
2. Respondent shall file a response to the first amended petition on or before February 7, 2014.

Dated: December 12, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE