1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LARRY DALE JOHNSON,                        No.  2:12-cv-2239-EFB P

12              Petitioner,

13        v.                                      ORDER

14    GARY R. STANTON, et al.,

15              Respondents.

16

17        Petitioner is a federal prisoner without counsel seeking a writ of habeas corpus.  *See* 28

18    U.S.C. § 2241.  On February 6, 2014, respondent Grondolsky filed a motion to dismiss.  On

19    February 7, 2014, respondents Solano County Jail and Barrett filed a motion to dismiss.

20    Petitioner has not filed an opposition or a statement of no opposition to respondents' motions to

21    dismiss.

22        A responding party's failure "to file written opposition or to file a statement of no

23    opposition may be deemed a waiver of any opposition to the granting of the motion and may

24    result in the imposition of sanctions."  L. R. 230(l).  Failure to comply with any order or with the

25    Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or

26    Rule or within the inherent power of the Court."  L. R. 110.  The court may dismiss this action

27    with or without prejudice, as appropriate, if a party disobeys an order or the Local Rules.  *See*

28    *Ferdik v. Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in

1

1    dismissing pro se plaintiff's complaint for failing to obey an order to re-file an amended

2    complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439,

3    1440-41 (9th Cir. 1988) (dismissal for pro se plaintiff's failure to comply with local rule

4    regarding notice of change of address affirmed).

5          Accordingly, it is hereby ORDERED that, within 21 days of the date of this order,

6    petitioner shall file either an opposition to the motions to dismiss or a statement of no opposition.

7    Failure to comply with this order may result in dismissal of this action without prejudice.

8    Dated:  March 18, 2014.

9

10              EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2